JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
OY SOLCHART MANAGEMENT AB,               :     08 Civ. ____

                Plaintiff,                       :     ECF CASE

- against -                                                      :

MOCAMBO SHIPPING LTD. and                :
ICEHILL INDUSTRIES LTD.,
                                                 :
                Defendant.                     :
-----------------------------------------------------------------X


08 CIV 4793

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: May 22, 2008
       New York, NY

                                The Plaintiff,
                                OY SOLCHART MANAGEMENT A.B.

                  By: _____
                                Kevin J. Lennon
                                Coleen A. McEvoy

                                LENNON, MURPHY & LENNON, LLC
                                The Gray Bar Building
                                420 Lexington Ave., Suite 300
                                New York, NY 10170
                                (212) 490-6050
                                facsimile (212) 490-6070
                                kjl@lenmur.com
                                cam@lenmur.com