# LENNON, MURPHY & LENNON, LLC — Attorneys at Law

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070

Patrick F. Lennon – pfl@lenmur.com
Charles E. Murphy – cem@lenmur.com
Kevin J. Lennon – kjl@lenmur.com
Nancy R. Siegel – nrs@lenmur.com
Coleen A. McEvoy – cam@lenmur.com
Anne C. LeVasseur – acl@lenmur.com

Tide Mill Landing
2425 Post Road
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615

**MEMO ENDORSED**

July 15, 2008

*Via Facsimile (212) 805-7949*
Hon. P Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007-1581

Re:  **OY Solchart Management v. AB Mocambo Shipping Ltd. and Icebill Industries Ltd.**
Docket Number: 08 Civ. 4793
Our File Number: 1440

Dear Judge Castel:

    We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pre-trial conference scheduled for Friday, July 18, 2008 at 2:30 p.m.

    We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On May 22, 2008 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York.

    In response to service of the Ex-Parte Order and Writ, J.P. Morgan Chase restrained Defendant's property in the full amount requested ($116,114.39). Notice of the Attachment, together with copies of the Summons, Complaint, Ex-Parte Order and Writ of Attachment were served on the Defendants by express courier on May 29, 2008 pursuant to Supplemental Admiralty Rule B(2)(b). However, despite being sent notice of the attachment, Defendants have yet to answer or make an appearance.

    We have been informed that Plaintiff intends to initiate arbitration proceedings shortly on its claim in London. When an award is issued, Plaintiff will move to recognize and enforce it here against the Defendants' property attached in New York. In light of the foregoing, we respectfully request a ninety (90) day adjournment of the pre-trial conference.

*[Handwritten endorsement: Conference adjourned from July 18 at 2:30 p.m. to October 31, 2008. SO ORDERED. /s/ P. Kevin Castel  7-16-08]*

*[USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 7/16/08]*

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. This is Plaintiff's first request for an adjournment. We thank your Honor for consideration of this request.

Respectfully submitted,

Coleen A. McEvoy

CAM/bhs